petition for habeas corpus and directing the BOP to maintain his restitution repayment schedule at $25 per quarter (No. 07–35761) is REVERSED.

Charles Franklin MURDOCH, Jr., Petitioner–Appellant,

v.

Roy CASTRO, Warden; Bill Lockyer, Attorney General, Attorney General of the State of California, Respondents–Appellees.

No. 05–55665.

United States Court of Appeals, Ninth Circuit.

Oct. 9, 2008.

Seymour I. Amster, Seymour I. Amster Law Offices, Van Nuys, CA, for Petitioner–Appellant.

Rama R. Maline, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondents–Appellees.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Mario SANCHEZ, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 04–75584.

United States Court of Appeals, Ninth Circuit.

Oct. 9, 2008.

Frank P. Sprouls, Esquire, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, Manuel A. Palau, DOJ, U.S. Department of Justice, Washington, DC, for Respondent.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Katherine G. POTTER; Charles B. Krieger, Plaintiffs–Appellants,

v.

B. Wayne HUGHES; Public Storage, Inc., a California corporation; B. Wayne Hughes, Jr.; Tamara Hughes Gustavson; Dann V. Angeloff; Marvin M. Lotz; Harvey Lenkin; Ronald